1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVSR, LLC,

        Plaintiff,

    v.

MAGISTO LTD.,

        Defendant.

Case No. 19-cv-02670-JCS

**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 3

Plaintiff Advsr, LLC moved to file portions of its complaint and attachments thereto under seal on the basis that it might contain information that Defendant Magisto Ltd. considered confidential. In response to that motion, Magisto initially sought to keep most of the information at issue under seal, but following the closing of an acquisition deal, Magisto agreed that much of the information could be filed in the public record, and instead sought only narrow redactions.

The motion to file under seal is DENIED as to all material not identified for redaction in Magisto's July 12, 2019 supplemental declaration (dkt. 28). The motion is also DENIED as to the following proposed redactions:

**Compl. Ex. K slide 9:** The column headings of the table shall not be redacted. The remainder of the table shall remain redacted.

**Comp. Ex. K slide 16:** The heading and subheading of this slide, which are publicly disclosed on slide 24 of Exhibit N, shall not be redacted here. The remainder of the slide shall remain redacted.

**Compl. Ex. N slides 4 and 5:** Magisto's exhibits showing its proposed redactions include small black boxes at the center of these slides that appear to have been added inadvertently, as they do not obscure any text or other information. To avoid confusion, these marks should not be included in the public version of the complaint.

**Compl. Ex. N. slide 17:** The column headings of the table shall <u>not</u> be redacted. The remainder of the table shall remain redacted.

The motion is GRANTED as to all other redactions proposed in Magisto's July 2019 supplemental brief. The material covered by those redactions shall remain under seal and shall be redacted from the public version of the complaint and its exhibits.

Advsr shall file a public version of its complaint and exhibits consistent with this order no later than November 20, 2019.

**IT IS SO ORDERED.**

Dated: November 6, 2019

JOSEPH C. SPERO
Chief Magistrate Judge