UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVSR, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGISTO LTD., et al.,<br><br>        Defendants. | Case No. 19-cv-02670-JCS<br><br>**ORDER SEALING DOCUMENT AND REQUIRING ERRATA**<br><br>Re: Dkt. No. 53 |

    Plaintiff ADVSR, LLC moved to file under seal portions of its first amended complaint and exhibits thereto on the basis that they contained material considered confidential by Defendant Magisto Ltd. Pursuant to Civil Local Rule 79-5(e)(1), Magisto filed a response seeking to maintain portions of those documents under seal. The response seeks to seal certain passages in the first amended complaint itself, but the copy of the first amended complaint attached to that declaration (and filed in the public record) includes green highlighting of those passages rather than redactions.

    As a courtesy, the Court hereby SEALS Magisto's response (dkt. 53). Magisto is instructed to file as errata a corrected version of its response, including all attachments, no later than December 27, 2019, either revising its response to withdraw the request to seal portions of the complaint (if such a request was not intended) or including a properly redacted copy of the complaint as an attachment.

    **IT IS SO ORDERED.**

Dated: December 18, 2019

                                         JOSEPH C. SPERO
                                         Chief Magistrate Judge