UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVSR, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAGISTO LTD., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-02670-JCS<br><br>**ORDER TO SHOW CAUSE WHY RESPONSE SHOULD NOT BE STRICKEN AND MOTION TO FILE UNDER SEAL SHOULD NOT BE DENIED**<br><br>Re: Dkt. Nos. 47, 53 |

Plaintiff ADVSR, LLC moved to file under seal portions of its first amended complaint and exhibits thereto on the basis that they contained material considered confidential by Defendant Magisto Ltd. Pursuant to Civil Local Rule 79-5(e)(1), Magisto filed a response seeking to maintain portions of those documents under seal. The copy of the first amended complaint attached to Magisto's response appeared to disclose material that Magisto sought to maintain under seal, by using green highlighting rather than redactions in the version filed in the public record.

On December 18, 2019, the Court sealed Magisto's response as a courtesy and instructed Magisto "to file as errata a corrected version of its response, including all attachments, no later than December 27, 2019, either revising its response to withdraw the request to seal portions of the complaint (if such a request was not intended) or including a properly redacted copy of the complaint as an attachment." Order Sealing Document & Requiring Errata (dkt. 54). That deadline has passed and no errata has been filed. Magisto is ORDERED TO SHOW CAUSE why the response previously sealed by the Court should not be stricken and why the motion to file under seal should not be denied, by filing a response complying with the Court's previous order no later than January 9, 2020.

**IT IS SO ORDERED.**

Dated: January 2, 2020

　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge