UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVSR, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGISTO LTD., et al.,<br><br>        Defendants. | Case No. 19-cv-02670-JCS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 47 |

Plaintiff Advsr, LLC moved to file portions of its first amended complaint and exhibits attached thereto under seal, based solely on designations of confidentiality by Defendant Magisto Ltd. and affiliated non-parties. Dkt. 47. The Court granted a stipulation to allow Magisto additional time to file a responsive declaration stating reasons for sealing pursuant to Civil Local Rule 79-5(e). Dkt. 49. Magisto thereafter filed a declaration by its general counsel, but inadvertently highlighted rather than redacted material that it sought to seal in a public filing. Dkt. 53. The Court sealed that filing sua sponte and ordered Magisto to file a corrected declaration, dkt. 54, and issued an order to show cause after Magisto failed to do so within the time allotted, dkt. 55.

Magisto filed a corrected declaration. Dkt. 57. For the reasons stated therein, the administrative motion is GRANTED as to the material redacted by Magisto. The motion is DENIED as to material for which Magisto has not pursued sealing. Because Magisto has already filed public redacted versions of the first amended complaint and the exhibits that it seeks to redact in the public record with its declaration, Advsr need not refile copies of those documents. To complete the public record, however, Advsr is ORDERED to file the remaining exhibits to its first amended complaint in the public record no later than April 24, 2020—specifically, exhibits 1–12, 14, 16–19, 21, 22, 25, 27–32, 34, 35, 38–42, 44–47, 53, and 54.

**IT IS SO ORDERED.**

Dated: April 17, 2020

JOSEPH C. SPERO
Chief Magistrate Judge