AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Advsr, LLC

Plaintiff (s),

V.

Magisto Ltd., et. al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-2670

Notice is hereby given that, subject to approval by the court, __Advsr, LLC__ substitutes
(Party (s) Name)

__Kathryn Lee Boyd__, State Bar No. __189496__ as counsel of record in
(Name of New Attorney)

place of __Janine F. Cohen__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Hecht Partners LLP
- Address: 125 Park Avenue, 25th Floor New York, NY 10017
- Telephone: (646) 502-9515    Facsimile (646) 492-5111
- E-Mail (Optional): lboyd@hechtpartners.com

I consent to the above substitution.
Date: 12/9/2020

*(Signature of Party (s))* — Ezra Mahr, Advsr, LLC

I consent to being substituted.
Date: 12/9/2020

*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 12/9/2020

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]