UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVSR, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MAGISTO LTD., et al.,<br><br>        Defendants. | Case No. 19-cv-02670-JCS<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 109, 118 |

In a civil action in federal court, a party must show "compelling reasons" to file a document under seal in connection with a motion "more than tangentially related to the merits," which includes the motions for summary judgment at issue here. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096, 1102 (9th Cir. 2016). Requests to file under seal "must be narrowly tailored to seek sealing only of sealable material," which often requires redactions rather than sealing of documents in their entirety. *See* Civ. L.R. 79-5(b).

Defendant Magisto moved to file portions of a number of documents under seal to avoid disclosing a confidential corporate acquisition price and other sensitive financial information. Dkt. 109. Magisto's request is narrowly tailored and supported by compelling reasons. That motion is therefore GRANTED.

Plaintiff Advsr, LLC moved to file documents under seal based solely on confidentiality designations by Magisto and Defendant Yahal Zilka. *See* dkt. 109. Defendants did not file a responsive declaration pursuant to Civil Local Rule 79-5(e). The motion is therefore DENIED, and Advsr shall file all documents at issue unredacted in the public record no earlier than October 12, 2021 and no later than October 18, 2021, unless Defendants file their own motion to seal any of the documents at issue, in which case Advsr shall not file documents implicated by Defendants'

motion until after it is resolved.

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge