UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVSR, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGISTO LTD., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-02670-JCS<br><br>**SECOND ORDER TO FILE DOCUMENTS IN THE PUBLIC RECORD**<br><br>Re: Dkt. No. 140 |

On October 4, 2021, the Court denied Plaintiff Advsr, LLC's June 5, 2021 administrative motion to file documents under seal, and ordered Advsr to file all documents at issue in the public record no earlier than October 12, 2021 and no later than October 18, 2021. That deadline has passed, and the documents have not been filed. Advsr is once again ORDERED to file all documents at issue in the public record, no later than October 25, 2021. If Advsr does not file the documents by that deadline, the Court will set a status conference to consider appropriate sanctions.

**IT IS SO ORDERED.**

Dated: October 20, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge