UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVSR, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGISTO LTD., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-02670-JCS<br><br>**ORDER REGARDING DEFENDANTS' LETTER**<br><br>Re: Dkt. No. 143 |

After Defendants failed to identify reasons for sealing within the time allowed, the Court previously denied Plaintiff's administrative motion (dkt. 118) to file under seal documents Defendants had designated as confidential, without prejudice to Defendants bringing a new motion to seal those documents. *See* dkt. 140. Due to confusion arising from the settlement of the case, Defendants again failed to respond within the time allowed, and the Court once again ordered Plaintiff to file the documents in the public record. *See* dkt. 141.

The public's right of access to judicial proceedings remains effective after a case is dismissed. In a letter dated October 21, 2021 (dkt. 143), Defendants now seek leave to file a belated declaration identifying reasons for sealing. That request is GRANTED, and the Court will reconsider its denial of the administrative motion if Defendants file a responsive declaration no later than one week after the case is dismissed. If no declaration is filed by that date, the Court will order Plaintiff to file the documents at issue in the public record. Plaintiff shall not file the documents at issue in the public record until further order of the Court.

**IT IS SO ORDERED.**

Dated: October 21, 2021

JOSEPH C. SPERO
Chief Magistrate Judge