UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADVSR, LLC,

              Plaintiff,

     v.

MAGISTO LTD., et al.,

              Defendants.

Case No.  19-cv-02670-JCS

**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Re: Dkt. No. 118

The Court previously denied an administrative motion by Plaintiff Advsr, LLC to file certain documents under seal because the only stated basis for sealing was Defendants' confidentiality designations and Defendants had not provided a responsive declaration as required by the Court's local rules.  *See* Dkts. 118, 140.  At Defendants' request, the Court later indicated that it would reconsider that order if Defendants filed a responsive declaration within one week after the case was dismissed, and that Advsr should not file documents in the public record until further order of the Court.  Dkt. 144.  Defendants have since filed a declaration seeking to seal narrowly tailored redactions to the documents at issue.  Dkt. 147.  The Court finds compelling reasons to seal those redactions.

The Court hereby VACATES the portion of its October 4, 2021 order (dkt. 140) denying in full Advsr's administrative motion to file under seal.  The administrative motion is hereby GRANTED as to the specific redactions identified in Defendants' declaration, and DENIED as to all other materials at issue.  The parties are ORDERED to cooperate to prepare redactions consistent with Defendants' declaration, and Advsr is ORDERED to file the redacted documents, as well as unredacted versions of any documents at issue that are not addressed in Defendants' declaration, in the public record no later than April 4, 2022.

     **IT IS SO ORDERED.**

Dated: March 7, 2022

_____

JOSEPH C. SPERO
Chief Magistrate Judge